No. 76–307.   WOLERY v. OHIO.   Sup. Ct. Ohio.   Motion of Association of Trial Lawyers of America for leave to file a brief as *amicus curiae* granted.   Certiorari denied. ▮

No. 76–377.   PEPLINSKI v. NORTH CAROLINA; and

No. 76–5392.   SMITH v. NORTH CAROLINA.   Sup. Ct. N. C. The death penalty having been vacated by the Supreme Court of North Carolina, certiorari denied. ▮

No. 76–5284.   SPENCER v. GEORGIA; and

No. 76–5373.   SMITH, AKA MACHETTI. v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgments insofar as they leave undisturbed the sentence of death.   See *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.*, at 231 (MARSHALL, J., dissenting). ▮